**Order entered December 17, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01315-CV

### IN RE THE UNKNOWN HEIRS, AND HEIRS WHOSE WHEREABOUTS IS UNKNOWN, OF THELMA FRANCIES SHAW BRADY, Relators

**Original Proceeding from the County Court at Law No. 2**
**Grayson County, Texas**
**Trial Court Cause No. 025128**

## ORDER
Before Justices Lang-Miers, Fillmore, and Stoddart

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus.

/s/     ELIZABETH LANG-MIERS
        JUSTICE